UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VINCENT L. FIELDS,

        Petitioner,

   v.

CHARLES INGRAM, et al.,

        Respondents.

C15-799 TSZ

ORDER

      THIS MATTER comes before the Court on the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 17.  A copy of the R&R was mailed to petitioner pro se at Tacoma Residential Reentry Center ("TRRC"), but was returned to the Court as undeliverable because the TRRC had relocated.  Another copy of the R&R was mailed to petitioner pro se at TRRC's new address on Milwaukee Way in Tacoma, Washington, and it has not been returned.  The Court is satisfied that petitioner pro se received the R&R, as well as a copy of the Minute Order entered October 6, 2015, docket no. 19, which set a deadline of November 10, 2015, for him to file any objection to the R&R.  No objection has been timely filed.

      The R&R recommends denying petitioner's motion to dismiss respondents' return, docket no. 12, and his petition for writ of habeas corpus under 28 U.S.C. § 2241, docket

ORDER - 1

no. 1.  The R&R, docket no. 17, is hereby ADOPTED, petitioner's motion to dismiss respondents' return and his petition for writ of habeas corpus are DENIED, and this case is DISMISSED with prejudice.  The Clerk is DIRECTED to enter judgment consistent with this Order, to send a copy of this Order to all counsel of record, petitioner pro se, and Magistrate Judge Theiler, and to CLOSE this case.

    IT IS SO ORDERED.

    Dated this 1st day of December, 2015.

                                         Thomas S. Zilly
                                         United States District Judge

ORDER - 2